# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONY ROLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-970-R |
| | ) |
| MICHAEL J. ASTRUE, COMMISSIONER, | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed this action for judicial review following denial of his application for supplemental security income benefits by the Commissioner. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Shon T. Erwin for preliminary review. On September 4, 2012, Judge Erwin issued a Report and Recommendation, wherein he recommended the decision of the Commissioner be affirmed. The record reflects that the Plaintiff has not objected to the Report and Recommendation within the time limits prescribed, nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby adopted in its entirety and the decision of the Commissioner is affirmed. Judgment shall be entered accordingly.

IT IS SO ENTERED this 24th day of September, 2012.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE